[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 45.]

THE STATE OF OHIO, APPELLANT, *v.* LYONS, APPELLEE.

[Cite as *State v. Lyons*, 1998-Ohio-671.]

*Criminal procedure—Classification as sexual predator—Court of appeals'
judgment reversed on authority of State v. Cook—Sexually oriented
offender finding by trial court reinstated.*

(No. 98-1396—Submitted October 13, 1998—Decided December 2, 1998.)

CERTIFIED by the Court of Appeals for Erie County, No. E-97-045.

_____

*Kevin J. Baxter*, Erie County Prosecuting Attorney, and *Mary Ann Barylski*,
Assistant Prosecuting Attorney, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of
*State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The trial court's finding that Scott Lyons is a sexually oriented
offender is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

_____